UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Union Bulk A/S,

                  Plaintiff(s),

-against-

Twin Rivers CO. Inc.,

                  Defendant(s).
------------------------------------x

24 cv 939 (LAP)

**ORDER**

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel shall confer and inform Judge Preska by letter no later than April 15, 2025 of the status of the action/remaining claims/defendants.

SO ORDERED.

*Loretta A. Preska*

LORETTA A. PRESKA,

Senior U.S.D.J.

Dated: April 8, 2025

New York, New York